**Dismissed and Opinion Filed June 30, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01207-CV

### TAWANA SMALLWOOD, Appellant
### V.
### ALDEN SHORT INC., Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-04927-E**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Evans

A review of this appeal shows we notified appellant, by letter dated November 13, 2013, that the Court Reporter informed us appellant had not requested the record or paid for or made arrangements to pay for the record. As a result, the reporter's record had not been filed. We directed appellant to provide the Court with written verification she had requested the record and had paid for or made arrangements to pay for the record, or had been found entitled to proceed without payment of costs. We cautioned her that failure to provide the required documentation within ten days might result in the appeal being ordered submitted without the reporter's record.

Appellant did not respond. In an order dated March 27, 2014, we ordered this appeal submitted without a reporter's record and ordered appellant's brief to be filed within 30 days. Our correspondence to appellant was returned by the United States Post Office with the notation "RETURN TO SENDER VACANT."

Appellant did not timely file her brief in this case.  We notified her, by postcard dated April 29, 2014, that the time for filing her brief had expired.  We directed her to file both her brief and an extension motion within ten days.  We cautioned appellant that the failure to file her brief and an extension motion would result in the dismissal of this appeal without further notice.  To date, appellant has not contacted the Court.  Because appellant has not filed her brief or an extension motion and has not otherwise corresponded with the Court regarding the status of this appeal or to provide an alternative address, we **DISMISS** this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/David Evans/
DAVID EVANS
JUSTICE

131207F.P05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TAWANA SMALLWOOD, Appellant

No. 05-13-01207-CV          V.

ALDEN SHORT INC., Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-13-04927-E.
Opinion delivered by Justice Evans, Justices Fillmore and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee ALDEN SHORT INC. recover its costs, if any, of this appeal from appellant TAWANA SMALLWOOD.

Judgment entered this 30th day of June, 2014.